UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAMOUNT PROPERTIES 2018, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CECILLE QUESADA PAED,<br><br>Defendant. | Case No. 21-cv-03023-JST<br><br>**ORDER REMANDING CASE**<br>Re: ECF No. 5 |

Plaintiff filed this unlawful detainer case in the San Mateo County Superior Court on July 1, 2019. ECF No. 1 at 7. Defendant removed the case to federal court on April 22, 2021. *Id.* at 1. She claims federal question jurisdiction based on a string citation to a variety of federal statutes. *Id.* at 2-3.

On May 18, 2021, this Court issued an order to show cause why this case should not be remanded for lack of federal jurisdiction, given that (1) none of the statutes cited by Defendant are at issue in the case, and (2) Defendant previously removed the same case and it was remanded after another judge of this court found no basis for federal jurisdiction. ECF No. 4 at 1-2 (citing Case No. 19-cv-08123-EMC, ECF No. 9).

Defendant filed a response to the order to show cause on June 1, 2021. ECF No. 5. The response appears to regurgitate the same litany of federal statutes contained in Defendant's notice of removal. *See id.* at 2-3. None of these statutes provides any basis for finding federal jurisdiction over the unlawful detainer claim underlying this lawsuit.

/ / /

/ / /

/ / /

1    Accordingly, the Court concludes that Defendant has failed to show cause.  Because there
2 is no federal jurisdiction, this case is now REMANDED to the San Mateo County Superior Court.
3 The Clerk shall close the file.

4    **IT IS SO ORDERED.**

5 Dated:  June 9, 2021



JON S. TIGAR
United States District Judge

2